**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **ALLIED ERECTING &** | ) | **CASE NO. 4:06CV114** |
| **DISMANTLING CO., INC.,** *et al.* | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **GENESIS EQUIPMENT &** | ) | **MEMORANDUM OPINION** |
| **MANUFACTURING, INC.,** *et al*. | ) | **AND ORDER** |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

On December 11, 2007, this Court issued an order referring Defendants' Motions for Partial Summary Judgment to Magistrate Judge George J. Limbert. (Dkt. # 52, 53, 69). On January 7, 2008, the Magistrate Judge issued an Interim Report and Recommendation that the Court DENY Defendants' Motions for Partial Summary Judgment. (Dkt. # 74).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Defendants have failed to timely file any such objections. Therefore, the Court must assume that Defendants are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of

Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Limbert (Dkt. # 74) is hereby **ADOPTED**.  Defendants' Motions for Partial Summary Judgment are **DENIED**.

**IT IS SO ORDERED**.

                                       **/s/ Peter C. Economus - August 18, 2008**
                                       **PETER C. ECONOMUS**
                                       **UNITED STATES DISTRICT JUDGE**