# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALLIED ERECTING AND DISMANTLING CO., INC. and ALLIED-GATOR, INC., | Civil Action No. 4:06-CV-114 |
| Plaintiffs, | The Honorable Peter C. Economus |
| | Magistrate Judge George J. Limbert |
| v. | |
| GENESIS EQUIPMENT & MANUFACTURING, INC., PALADIN BRANDS, LLC, MARK D. RAMUN and GENESIS ATTACHMENTS, LLC, | **DEFENDANTS' MOTION TO STRIKE THE SUPPLEMENTAL EXPERT REPORT OF RON KARANI** |
| Defendants. | |

On April 26, 2010, two years after the close of discovery and almost a year since the Court ruled on the Defendants' motion for summary judgment, Plaintiffs produced a Supplemental Expert Report for Ron Karani, their liability expert, which includes (for the first time) Mr. Karani's opinion on the scope of the relevant product market.  At Mr. Karani's May 27, 2010 deposition, Plaintiffs' produced "a crate" of new documents without identifying those upon which Mr. Karani based his opinion.  Mr. Karani also revealed (for the first time) that he based at least part of his Supplemental Expert Report on his *ex parte* conversations with Genesis employees.

Accordingly, and also for the reasons set forth in Defendants' Trial Brief, pages 16 to 19, the Defendants respectfully request that the Court strike the Supplemental Expert Report of Ron Karani, dated April 26, 2010 as untimely and otherwise improper.

Respectfully submitted,

Dated: June 18, 2010 **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: s/ Thomas B. Hatch
Thomas B. Hatch (admitted *pro hac vice*)
Thomas C. Mahlum (admitted *pro hac vice*)
Heather Y. Fong (admitted *pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

and

John S. Kluznik (0017473)
**WESTON HURD LLP**
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, Ohio 44114-1862
Telephone: 216-687-3294
Facsimile: 216-621-8369

**Attorneys for Defendants
Genesis Equipment & Manufacturing, Inc.,
Paladin Brands, LLC, and
Genesis Attachments, LLC**

**PORTER WRIGHT MORRIS & ARTHUR LLP**

By: s/ Brian D. Hall
Brian D. Hall (0029425)
41 South High Street
Columbus, Ohio 43215-6194
Telephone: 614-227-2287
Facsimile: 614-227-2100

**Attorney for Defendant Mark Ramun**

2

3

## CERTIFICATE OF SERVICE

      I hereby certify that on **June 18, 2010**, a copy of **Defendants' Motion to Strike the Supplemental Report of Ron Karani** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

      **ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**

       s/Thomas B. Hatch
      Thomas B. Hatch (Admitted *pro hac vice*)
      2800 LaSalle Plaza
      800 LaSalle Avenue
      Minneapolis, MN 55402
      Phone: (612) 349-8500
      Fax: (612) 339-4181
      E-mail: TBHatch@rkmc.com